# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF VIRGINIA
# CHARLOTTESVILLE DIVISION

**UNITED STATES OF AMERICA** :
:
**v.** : Case No: 3:09CR00019
:
**STACY LAMONT BERRY** :

## NOTICE OF APPEAL

Notice is hereby given that Stacy Lamont Berry, appellant-defendant, in the above named case, hereby appeals to the United States Court of Appeals for the Fourth Circuit from the final judgment of this court entered on the 16th day of July, 2010.

Counsel has been appointed by the court.

                                        STACY LAMONT BERRY
                                        By counsel

We ask this:

s/Charles L. Weber, Jr.
252 East High Street
Charlottesville, VA 22902
(434) 977-4054
Counsel for the Appellant-Defendant

## CERTIFICATE OF SERVICE

I certify that I have, on this 20th day of July, 2010, electronically filed this Notice of Appeal with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to Mr. Ronald Huber, Assistant United States Attorney, and to the United States

Court of Appeals for the Fourth Circuit.

                                                                    s/Charles L. Weber, Jr.